# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC ROGER KAUFMAN,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 6:06-mj-00171-WMW<br><br>ORDER<br>ON DEFENDANT'S MOTION<br>TO DISMISS |

This Matter having come regularly on calender January 31, 2007, with appearances by Attorney Carol Moses for the Defendant Eric Roger Kaufman, appearing through counsel and not personally present and by Elizabeth Waldow, Legal Representative for the National Park Service; the Court having reviewed and considered the evidence and documents filed in this matter, and having heard oral arguments by counsel for both parties, hereby orders this matter adjudged as follows:

    1.    Defendant's Motion to Dismiss for Cause is GRANTED.

    2.    The record in this matter shall reflect, as to Count 3, charged as a violation of

///

///

///

[PROPOSED] ORDER
MOTION TO DISMISS        1

1       36 CFR 4.23(a)(1), driving under the influence of alcohol and/or drugs,

2       DISMISSED FOR INSUFFICIENT EVIDENCE.

4       IT IS SO ORDERED.

5 **Dated:**   **February 13, 2007**         /s/ **William M. Wunderlich**
mmkd34                                        UNITED STATES MAGISTRATE JUDGE